Arlando NAYLOR, Appellant,

v.

MISSOURI DEPARTMENT
OF CORRECTIONS,
Respondent.

No. WD 76532.

Missouri Court of Appeals,
Western District.

Jan. 28, 2014.

Arlando Naylor, Appellant Pro-se.

Terrence M. Messonnier, for Respondent.

Before Division Four: JAMES E. WELSH, Chief Judge, JOSEPH M. ELLIS, Judge and THOMAS H. NEWTON, Judge.

## ORDER

PER CURIAM:

Arlando Naylor appeals from a judgment on the pleadings entered by the Circuit Court of Cole County in his action seeking an order mandating that the Missouri Department of Corrections ("MDOC") credit him with additional jail-time credit under § 558.031. Because MDOC was entitled to judgment as a matter of law on the face of Appellant's pleadings, the trial court did not err in entering judgment its favor. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 84.16(b).

■

STATE of Missouri, Respondent,

v.

Steven Robert STANSBERRY,
Appellant.

No. WD 74199.

Missouri Court of Appeals,
Western District,
Division One.

Jan. 28, 2014.

Emmett Queener, Columbia, MO, for Appellant.

Karen Kramer, Jefferson City, MO, for Respondent.

Before Division One: ALOK AHUJA, P.J., THOMAS H. NEWTON, and ANTHONY REX GABBERT, JJ.

## ORDER

PER CURIAM:

Mr. Steven Robert Stansberry appeals a conviction for first-degree child molestation, § 566.067.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).